### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DOORAGE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendant, Crum & Forster Specialty Insurance Company ("CFSIC"), hereby gives notice that it is timely removing this civil action to the United States District Court for the Northern District of Illinois because the amount in controversy exceeds the jurisdictional limits and there is complete diversity of citizenship among the parties. In support of this Notice of Removal, CFSIC states as follows:

### NATURE OF THE CASE

1. Doorage, Inc. ("Doorage") initiated this action on June 24, 2021 by filing a Complaint for Declaratory Judgment and Bad Faith ("Complaint") against CFSIC in the Circuit Court of Cook County, Illinois, Chancery Division, entitled *Doorage, Inc. v. Crum & Forster Specialty Insurance Company*, No. 2021 CH 03103. A copy of the Complaint is attached hereto as **Exhibit A**.

2. On September 3, 2021, CFSIC was served with a copy of the Complaint. A copy of the notice of service it attached hereto as **Exhibit B**.

3. Doorage's Complaint seeks a declaratory judgment that CFISC has the duty to defend and indemnify its insured, Blue Crates, LLC ("Blue Crates") in connection with an underlying copyright infringement lawsuit filed by Doorage against Blue Crates. Doorage's Complaint also seeks a ruling that CFSIC has the duty to defend and indemnify Blue Crates in

connection with Doorage's copyright claims in the context of a voluntary bankruptcy initiated by Blue Crates.

4. As companion relief, Doorage contends CFSIC is liable under Section 155 of the Illinois Insurance Code due to alleged vexatious and unreasonable conduct.

## REQUIREMENTS FOR REMOVAL

5. This Notice of removal is timely, pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days from the date CFSIC was served with the Complaint.

6. Removal is proper under 28 U.S.C. § 1441. The Circuit Court of Cook County, Illinois, the court in which this action is pending, is located within the jurisdiction of the United States District Court for the Northern District of Illinois and CFSIC is not a citizen of Illinois.

7. The removing defendant is the only defendant sued. Therefore, no consent to remove is required.

8. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders filed and served to date in the action are attached hereto as Exhibits A & B.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action will be given to Doorage's counsel and a Notice of Filing the Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County.

10. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by CFSIC pursuant to the provisions of 28 U.S.C. § 1441(b). More specifically, removal is based on the diversity of citizenship and the amount in controversy well exceeds the sum of $75,000, exclusive of interest and costs.

11. Plaintiff, Doorage, is an Illinois corporation with its principal place of business in Elk Grove Village, Cook County, Illinois.

12. CFSIC is a Delaware corporation with a statutory home office in Delaware and a main administrative office located in Morristown, New Jersey.

13. For the purposes of diversity jurisdiction, a corporation is deemed a citizen of the state in which it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c).

14. As all parties are citizens of different states, the requirement of complete diversity is satisfied.

15. It is apparent that the amount in controversy requirement is satisfied because the Complaint alleges that Doorage seeks a declaration that CFSIC affords coverage to Blue Crates under two policies, each with limits of $1,000,000 ($2,000,000 in the aggregate). Moreover, it is alleged that in bankruptcy filings, Blue Crates assessed the underlying copyright claim brought by Doorage to be $1,000,000.

WHEREFORE, CFSIC respectfully removes this case from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois based on diversity jurisdiction..

Dated: September 30, 2021

Respectfully Submitted,

By: /s/ James J. Hickey
James J. Hickey, Atty. No. 6198334
Colin B. Willmott, Atty. No. 6317451
James.Hickey@kennedyslaw.com
Colin.Willmott@kennedyslaw.com
KENNEDYS CMK
100 North Riverside Plaza, Suite 2100
Chicago, IL 60606
Phone: (312) 800-5000
Fax: (312) 207-2110

*Attorneys for Plaintiff Crum & Forster Specialty Insurance Company*